UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

**Hearing Information:**

**Debtor(s):** Linda Wilson and Eddie L. Wilson
**Bankruptcy No:** 12-13396-t7

Gayle-Smith v. Wilson
**Adversary Case Number:** 12-01330-t

**Date/Time:** 2/11/2013 9:00 AM
**Bankruptcy Judge:** David T. Thuma
**Law Clerk:** James Burke
**Relief Courtroom Deputy:** Christa Lucero

(TL) Scheduling Conference

**APPEARANCES:**

**Atty for Plaintiff:** Paul Gayle-Smith (no appearance)
**Atty for Defendant:**


**Proceedings:**

I certify that an electronic sound recording of this proceeding was made.

**TIME STARTED:**                     **TIME ENDED:**


**COURT TO ENTER ORDER TO SHOW CAUSE**
**SET FOR FEBRUARY 25, 2013 @ 9:00**