UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor(s): Linda Wilson and Eddie L. Wilson
Bankruptcy No: 12-13396-t7

Gayle-Smith v. Wilson
Adversary Case Number: 12-01330-t

Date/Time: 2/25/2013 9:00 AM
Bankruptcy Judge: David T. Thuma
Law Clerk: James Burke
Acting Courtroom Deputy: Christa Lucero

(TL) Show Cause Hearing for failure to appear at Scheduling Conference (no cert of service or ans filed as of 2/7/13)

APPEARANCES:

Atty for Plaintiff: Paul Gayle-Smith (by phone)
Atty for Defendant: (no appearance)


Proceedings:

I certify that an electronic sound recording of this proceeding was made.

TIME STARTED: 9:01            TIME ENDED: 9:05


PLAINTIFF SERVED COMPLAINT AND SUMMONS
SCHEDULING CONFERENCE SET FOR 4/1/13 @ 9:00 AM