UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor(s): Linda Wilson and Eddie L. Wilson
Bankruptcy No: 12-13396-t7

Gayle-Smith v. Wilson
Adversary Case Number: 12-01330-t

Date/Time: 4/1/2013 9:00 AM
Bankruptcy Judge: David T. Thuma
Law Clerk: James Burke
Courtroom Deputy: Christa Lucero

(TL) Scheduling Conference (alias summons, ans 15)

APPEARANCES:
Atty for Plaintiff: Paul Gayle-Smith (by phone)
Defendants Pro Se: Linda Wilson ( by phone)


Proceedings:

I certify that an electronic sound recording of this proceeding was made.

TIME STARTED: 9:03          TIME ENDED: 9:09

180 DAY DISCOVERY DEADLINE SET
COURT TO PREPARE SCHEDULING ORDER