UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO

PAUL GAYLE SMITH,

    Plaintiff,

v.                                  Case No. 12-13396 T7

LINDA WILSON, EDDIE WILSON,
POND-S-SCAPES,

    Defendants.

## MOTION TO DISMISS

Now comes the Defendants who move for a Dismissal of the Complaint filed by the Plaintiff to revoke their bankruptcy discharge.

In support thereof, Defendants filed the accompanying Brief in Support of their Motion.

Submitted by:

_Linda Wilson_
Linda Wilson, d/b/a,
Pond-S-Scape, Pro Se
1727 San Acacio
Las Cruces, N.M. 88001
Ph.(575) 523-7100

_Eddie L. Wilson_
Eddie Wilson, Pro Se
1727 San Acacio
Las Cruces, N.M. 88001
Ph.(575) 523-7100

FILED
CLERK OF THE COURT
2013 APR 12 PM 3:19
U.S. BANKRUPTCY COURT
ALBUQUERQUE, NM