UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

LINDA WILSON and EDDIE L. WILSON,

    Debtor(s).

Case No. 7-12-13396 TL

PAUL M. GAYLE-SMITH

    Plaintiff(s),

Adv. No. 12-1330 T

v.

LINDA WILSON and EDDIE L. WILSON

    Defendant(s).

## CONSENT OR REFUSAL TO CONSENT TO THE
## BANKRUPTCY COURT HEARING AND DETERMINING CLAIMS

    Section 157 of Title 28 provides that bankruptcy judges may hear and determine certain matters regardless of whether the parties consent, and may hear but may not determine other matters unless that party consents to the bankruptcy court hearing <u>and</u> determining such matters.

Section 157(c)(2) of Title 28 provides:

Notwithstanding the provisions of paragraph (1) of this subsection referring to 11 U.S.C. § 157(c)(1)], the district court, with the consent of all the parties to the proceeding, may refer a proceeding related to a case under title 11 to a bankruptcy judge to hear and determine and to enter appropriate orders and judgments, subject to review under section 158 of this title.

Indicate below whether you consent to the Bankruptcy Court hearing <u>and</u> determining claims and issues in this adversary proceeding.

[✓] The undersigned party or parties **consent** to the bankruptcy court hearing <u>and</u> determining all claims and issues in this adversary proceeding and entering final orders and judgments on all claims including money judgments as appropriate, subject to review under 28 U.S.C. § 158.

[ ] The undersigned party or parties **do not consent** to the bankruptcy court hearing and determining any claims in this adversary proceeding or entering final orders or judgments on any claims.

[ ] The undersigned party or parties **consent** to the bankruptcy court hearing and determining the following claims in this adversary proceeding and entering final orders and judgments on such

claims, subject to review under 28 U.S.C. § 158, **but do not consent** to the bankruptcy court hearing and determining any other claims in this adversary proceeding.

**Specify the claims for which such consent is given, and also state whether consent is given to the bankruptcy court entering money judgments on such claim(s):**

_____

_____

_____

_____

        Paul M. Gayle-Smith

| | |
|---|---|
| Attorneys for | Plaintiff |
| Address | 2961 Sundance Circle, Las Cruces, NM |
| Phone | 575.522.8300 |
| Fax | 866.324.3783 |
| E-mail address | elawyer@gayle-smith.com |

**or if pro se**

_____
Party

_____
Signature

_____
Party

_____
Signature

{add certificate of service)