**USE OF THIS FORM IS MANDATORY**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: *Case No. 12-13396 TT*

BANKRUPTCY CAPTION
ADVERSARY CAPTION    *Adv 12-1330-t*

## CONSENT OR REFUSAL TO CONSENT TO THE BANKRUPTCY COURT HEARING AND DETERMINING CLAIMS

28 U.S.C. Section 157 provides that bankruptcy judges may hear and determine certain matters regardless of whether the parties consent, and may hear but may not determine other matters unless the parties consent to the bankruptcy court determining such matters.[1] Indicate below whether you consent to the Bankruptcy Court hearing and determining claims in this adversary proceeding subject to review under 28 U.S.C. § 158.

_✓ (AW)_  1. **All claims.** The undersigned party consents to the bankruptcy court hearing and determining all claims in this adversary proceeding, and to entering final orders and judgments (including money judgments if appropriate) on all claims, subject to appellate review.

_____  2. **No claims.** The undersigned party does not consent to the bankruptcy court hearing and determining any claims in this adversary proceeding.

_____  3. **Certain claims.** The undersigned party consents to the bankruptcy court hearing and determining only the following claims in this adversary proceeding, and to entering final orders and judgments (including money judgments if appropriate) on such claims, subject to appellate review, but does not consent to the bankruptcy court hearing and determining any other claims in this adversary proceeding).

_____
_____
_____

---

[1] 28 U.S.C. Sec. 157(c)(2) provides: "Notwithstanding the provisions of paragraph (1) of this subsection [11 U.S.C. §157(c)(1)], the district court, with the consent of all the parties to the proceeding, may refer a proceeding related to a case under title 11 to a bankruptcy judge to hear and determine and to enter appropriate orders and judgments, subject to review under section 158 of this title."

_____

[attorney signature block]

or if pro se

LINDA A WILSON
Party

*Linda Wilson*
Signature

[certificate of service]

-2-