UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor(s): Linda Wilson and Eddie L. Wilson
Bankruptcy No: 12-13396-t7

Gayle-Smith v. Wilson
Adversary Case Number: 12-01330-t

Date/Time: 10/21/2013 9:00 AM
Bankruptcy Judge: David T. Thuma
Law Clerk: James Burke
Courtroom Deputy: Christa Lucero

(TL) Pretrial Conference (alias summons, ans 15, counterclaim 27)

APPEARANCES:

Atty for Plaintiff: Paul Gayle-Smith (by phone)
Defendants Pro Se: Linda Wilson ( by phone) Eddie Wilson (no appearance)


Proceedings:

I certify that an electronic sound recording of this proceeding was made.

TIME STARTED: 9:51    TIME ENDED: 9:58

PLAINTIFF TO FILE ANSWER TO DEFENDANTS COUNTER CLAIM BY NOVEMBER 4, 2013

COURT TO ENTER PRETRIAL ORDER; FINAL HEARING SET NOVEMBER 19, 2013 AT 1:30 PM THROUGH NOVEMBER 20, 2013 AT 9:00 AM. HEARING TO BE HELD IN LAS CRUCES.