UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:
LINDA WILSON and
EDDIE L. WILSON,

    Debtors.                                                                                                 No. 7-12-13396 TL

PAUL M. GAYLE-SMITH,

    Plaintiff,

v.                                                                                                   Adv. No. 12-1330 T

LINDA WILSON,
EDDIE L. WILSON,
and POND-S-SCAPES,

    Defendants.

## PLAINTIFF'S EXHIBIT LIST

Pursuant to order of court, Plaintiff respectfully files this list of anticipated trial exhibits:

1.     Order of Dismissal, May 23, 2012, showing that perjury by Defendants resulted in Court's imposition of sanctions and the dismissal of their defamation case.

2.     Complimentary Email from Defendants, August 30, 2011, Complimentary Email from Defendants, February 29, 2012.

3.     Email to Defendants Stating that they had Committed Perjury and Should Admit it, February 16, 2012

4.     Email from Defendants regarding Forged Documents (Acknowledged Mental Illness of Linda Wilson), February 17, 2012.

5. Counselor Progress Notes Regarding Defendants' Proposed $300, 000 investments in 2009, February 2012, Emails from Defendants Regarding Available and Potential Sources of Money to Pay Attorney Fees, February 2012.

**RESPECTFULLY SUBMITTED** this 29th day of October 2013.

_____
PAUL M. GAYLE-SMITH
Pro se
Law Offices of Paul M. Gayle-Smith
2961 Sundance Circle
Las Cruces, NM 88011
elawyer@gayle-smith.com
tel. 575.522.8300
fax. 866.324.3783

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:
**LINDA WILSON** and
**EDDIE L. WILSON**,

    Debtors.                                                No. 7-12-13396 TL

**PAUL M. GAYLE-SMITH**,

    Plaintiff,

v.                                                             Adv. No. 12-1330 T

**LINDA WILSON**,
**EDDIE L. WILSON**,
and **POND-S-SCAPES**,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2013, I filed a copy of the foregoing exhibit list via CM/ECF for service on all parties of record.

_/s/ Paul M. Gayle-Smith_

Paul M. Gayle-Smith
Pro se
Law Offices of Paul M. Gayle-Smith
2961 Sundance Circle
Las Cruces, New Mexico 88011
t. 575.522.8300  f. 866.324.3783
elawyer@gayle-smith.com