UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO

PAUL GAYLE SMITH,

    Plaintiff,

v.

LINDA WILSON, EDDIE WILSON,
POND-S-SCAPES,

    Defendants.

Case No. 12-13396 T7
Adv. No. 12-1330 T

FILED at 1:07 o'clock P M
OCT 30 2013
United States Bankruptcy Court
Albuquerque, New Mexico

## AMENDED DEFENDANTS EXHIBIT LIST

A. GRIEVANCE AGAINST PLAINTIFF WITH NM DISCIPLINARY BOARD MAY 12, 2012

B. GREIVANCE AGAINST PLAINTIFF WITH NM DISCIPLINARY BOARD FEBRUARY 6, 2013

C. LETTER FROM NM DISCIPLINARY BOARD JANUARY 30, 2013

D. LETTER FROM NM DISCIPLINARY BOARD FEBRUARY 1, 2013

E. INVOICE FOR PROFESSIONAL SERVICES RENDERED DATED SEPTEMBER 25, 2012

F. ANALYSIS OF LEGAL WORK

G. CASH PAYMENTS MADE

H. RETAIL VALUE OF IN KIND PROVIDED

I. INCOME TAX RETURN 2012

J. LETTERS REQUESTING FEE ARBITRATION SERVICE 6/5/12

K. LETTER FROM GAYLE-SMITH 9/10/07

L. CAMINO REAL BUILDER/VELOZ HOMES DOCUMENTATION

M. E-MAIL 2/27-28/2012 REGARDING VELOZ