UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

**Hearing Information:**

**Debtor(s):** Linda Wilson and Eddie L. Wilson
**Bankruptcy No:** 12-13396-t7

**Gayle-Smith v. Wilson**
**Adversary Case Number:** 12-01330-t

**Date/Time:** 11/19/2013 1:30 PM
**Bankruptcy Judge:** David T. Thuma
**Law Clerk:** Jaya Rhodes

(TL) TRIAL (day 1 of 2)

**APPEARANCES:**

**Atty for Plaintiff:** Paul Gayle-Smith
**Defendants Pro Se:** Linda Wilson


**Proceedings:**

**I certify that an electronic sound recording of this proceeding was made.**

**TIME STARTED:** 1:30 p.m.          **TIME ENDED:** 4:30 p.m.

Paul Gayle-Smith, Linda Wilson, and Eddie Wilson testified.

The Court recessed until February 20, 2013 at 9:00 a.m.