UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

**Hearing Information:**

Debtor(s): Linda Wilson and Eddie L. Wilson
Bankruptcy No: 12-13396-t7

Gayle-Smith v. Wilson
Adversary Case Number: 12-01330-t

Date/Time: 11/20/2013 9:00 AM
Bankruptcy Judge: David T. Thuma
Law Clerk: Jaya Rhodes

(TL) TRIAL (Day 2 of 2)

**APPEARANCES:**

Atty for Plaintiff: Paul Gayle-Smith
Defendants Pro Se: Linda Wilson

**Proceedings:**

**I certify that an electronic sound recording of this proceeding was made.**

**TIME STARTED: 9:00 a.m.**     **TIME ENDED: 11:40 a.m.**

Paul Gayle-Smith and Linda Wilson testified.

The Court took the matter under advisement.