# EXHIBIT LIST

Matter heard: Trial – Gayle Smith v. Wilson (12-1330)

Trial Date: November 19-20, 2013

The Court took judicial notice of all papers filed in the adversary proceeding (Adv. No. 12-1330) and the main bankruptcy case (Case No. 12-13396).

| Introduced by | Exhibit | | Offers/Objections/Rulings |
|---|---|---|---|
| Gayle-Smith | 1 (all pages) | | Admitted by stipulation |
| Gayle-Smith | 2 (all pages) | | Admitted by stipulation |
| Gayle-Smith | 3 (all pages) | | Admitted by stipulation<br>*Duplicate copies of 3-003 and 3-004 were offered in evidence after exhibit 3 was admitted in its entirety. |
| Gayle-Smith | 4 (all pages) | | Admitted by stipulation |
| Gayle-Smith | 5 (all pages) | | Admitted by stipulation |
| | | | |
| Eddie & Linda Wilson | A | | Admitted by stipulation |
| Eddie & Linda Wilson | B | | Admitted by stipulation |
| Eddie & Linda Wilson | C | | Admitted by stipulation |

| | | | |
|---|---|---|---|
| Eddie & Linda Wilson | D | | Admitted by stipulation |
| Eddie & Linda Wilson | E | | Admitted by stipulation |
| Eddie & Linda Wilson | F | | Admitted by stipulation |
| Eddie & Linda Wilson | G | | Admitted by stipulation |

| | | | |
|---|---|---|---|
| Eddie & Linda Wilson | H | | Admitted by stipulation |
| Eddie & Linda Wilson | I | | Admitted by stipulation |
| Eddie & Linda Wilson | J | | Admitted by stipulation |
| Eddie & Linda Wilson | K | | Admitted by stipulation |
| Eddie & Linda Wilson | L | | Admitted by stipulation |
| Eddie & Linda Wilson | M | | Admitted by stipulation |